

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B.**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, Appellant S.T.'s appeal is DISMISSED. Appellant C.B.'s appeal remains pending. Costs of appeal incurred by Appellant S.T. to this date are taxed against her.

SIGNED August 25, 2021.

_____
Liza A. Rodriguez, Justice